# Chapter 13 Plan Summary          Case No.: 15-02588

Debtor(s):   Walter G. Merriam, III      SS# XXX-XX-2444          Net Monthly Earnings: _____
                                         SS# XXX-XX-                Number of Dependents:

I.  Plan Payments:
   (X)  Debtor proposes to pay a total of $890.00     [ ] Weekly [ ] Biweekly [XX] Monthly [ ] Semi-Monthly

   (  )  Payroll deduction order : for

                 $_____ [ ] Weekly [ ] Biweekly [ ] Monthly [ ] Semi- Monthly

Length of plan is approximately 60  months, and the total debt to be paid through the plan is approximately $52,000

II.        From the payments received, the trustee shall make disbursements pursuant to Bankruptcy Code including:

        A.  PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT).
            The following claims, if allowed, will be paid in full unless creditor agrees otherwise.

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|----------|------------------|------------------|-----------------|
|          |                  |                  |                 |
|          |                  |                  |                 |
|          |                  |                  |                 |

        B.  ATTORNEY'S FEES of $3,250.00 with $100.00 paid pre-petition; $850.00  to be paid upon confirmation and $575 per month for 4 months.

        C.  The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall
            be paid in full with interest in deferred cash payments as follows:
    1.  Long Term Debts:

| Name of  Creditor | Total Amount of Debt | Amount of regular payment to be paid [ ] by Trustee [ x ] by Debtor | Regular payments to  begin: Month/Year | Arrears to be paid By Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed fixed payment on Arrearage |
|-------------------|----------------------|--------------------|------------------|------------------|------------------|------------------|------------------|
| Nationstar | 140,000 | 739.21 | August, 2015 | $17,500.00 | Over 12 |  | $350/mo beginning 2/1/2016 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

        2.  Secured Debts (not long term debts) to be paid through Trustee:

| Name Of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
|------------------|------------------------------|----------------------|----------------|-------------------|---------------------------|------------------------|-------------------------|------------------------|
| United Consumer Financial | N/A | 950.00 | $2,000.00 | 0 | Kirby vacuum cleaner | 5% | 25/mo | 2/1/2016 |
| Ally | $300/mo | $22,500.00 | $30,000 | 0 | 2012 GMC Pick up | 5% | 470/mo | 2/1/2016 |
| Acceptance Loan Co. | $50/mo | $500.00 | $20.00 | 0 | Camper shell | 5% | 5/mo | 2/1/2016 |
|  |  |  |  |  |  |  |  |  |

III.        Other debts not shown in 1. or 2. Above which Debtor(s) propose to pay direct:

| Name of Creditor | Total amount of Debt | Amount of Regular Payment | Description of collateral | Reason for direct payment |
|------------------|----------------------|---------------------------|---------------------------|---------------------------|
| Consumer Portfolio | $13,000.00 | 375.00 | 2012 Cruz | Wife pays direct |
|  |  |  |  |  |

IV.        **Special provisions:** That the payments made to the Bankruptcy Clerk for Court costs shall be credited to the debtor's monthly plan payment.

            [X] This is an original plan.
            [ ] This is an amended plan replacing plan dated _____
            [X ] This plan proposes to pay unsecured creditors 100%
            [ ] Other provisions: _____

Thomas W. H. Buck                                        Dated:  July 16, 2015
Longshore, Buck & Longshore, P.C.                        /s/ Walter G. Merriam, III
2009 2ⁿᵈ Ave N                                           Signature of Debtor
Birmingham, AL 35203
252-7661                                                 _____

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned hereby certifies that a true and correct copy of the foregoing Plan Summary has been served upon the following via the CM/ECF electronic filing system and/or United States Mail, postage prepaid and properly addressed to the following on this the 16th  day of  July, 2015.

D. Sims Crawford
Chapter 13 Trustee
P.O. Drawer 10848
Birmingham, AL 35202

Acceptance Loan Company
15467 Highway 59
Suite 2
Foley, AL 36535

Ally
P. O. Box 380902
Leeds, AL 35094

Ally Financial
C/O Ally Servicing, LLC
P. O. Box 130424
Roseville, MN 55113

Christine L. Merriam
1118 Montevallo Road
Leeds, AL 35094-2529

Consumer Portfolio Services, Inc.
Bankruptcy Department
19500 Jamboree Road
Irvine, TX 92612

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067
United Consumer

            <u>/s/ Thomas W. H. Buck</u>
            **OF COUNSEL**